IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *ex rel.*, JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS, INC., and ENDO HEALTH SOLUTIONS, INC. f/k/a ENDO PHARMACEUTICALS HOLDINGS, INC.,<br><br>Defendants. | CASE NO. 3:13-cv-00701-JJB-RLB |

## **JOINT MOTION TO DISMISS WITH PREJUDICE**

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, the State of Louisiana ("the State"), and Defendants, Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. (together "Endo") (collectively Endo and the State shall be referred to as the "Settling Parties"), which upon advising that they have reached an amicable resolution of all disputes between the Settling Parties in this litigation, jointly move this Court for the entry of an Order dismissing, with prejudice, any and all claims and causes of action asserted against Endo, with each party to bear its own attorneys' fees and costs except as otherwise provided by agreement between the Settling Parties.

**WHEREFORE**, the State and Endo, jointly move for an Order dismissing the claims against Endo, with prejudice, each party to bear their own attorneys' fees and costs except as otherwise provided by agreement between the Settling Parties.

Dated: June 30, 2014

*Counsel for the State of Louisiana*

**ATTORNEY GENERAL FOR THE STATE OF LOUISIANA**
James D. "Buddy" Caldwell (La. #02211)
caldwellb@ag.state.la.us
Trey Phillips (La. #19978)
Keetsie Gunnels (La. #12952)
Nicholas J. Diez (La. #31701)
1885 North 3rd Street
Baton Rouge, Louisiana 70802

/s/ *Conlee S. Whiteley*
**KANNER & WHITELEY, L.L.C.**
Allan Kanner (La. #20580)
Conlee S. Whiteley (La. #22678)
Cynthia St. Amant (La. #24439)
Deborah R. Trotter (La. #29459)
Brittney N. Bullock (La. #34469)
John R. Davis (La. #34872)
a.kanner@kanner-law.com
c.whiteley@kanner-law.com
c.st.amant@kanner-law.com
d.trotter@kanner-law.com
b.bullock@kanner-law.com
j.davis@kanner-law.com
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763

**SHOWS, CALI & WALSH, L.L.P.**
E. Wade Shows (La. #7637)
John C. Walsh (La. #24903)
ews@scwllp.com
johnw@scwllp.com
628 St. Louis Street (70802)
P. O. Drawer 4425
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467

Respectfully Submitted:

*Counsel for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

/s/ *Douglas J. Moore*
**IRWIN FRITCHIE URQUHART & MOORE, LLC**
QUENTIN F. URQUHART (#14475)
DAVID W. O'QUINN (#18366)
DOUGLAS J. MOORE (#27706)
KELLY G. JUNEAU (#30573)
MEERA U. SOSSAMON (#34797)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Phone (504) 310-2100
Fax (504) 310-2101
qurquhart@irwinllc.com
doquinn@irwinllc.com
dmoore@irwinllc.com
kjuneau@irwinllc.com
msossamon@irwinllc.com

*Of Counsel*

**ARNOLD & PORTER, LLP**
Jonathan L. Stern
David D. Fauvre
Rosemary Szanyi
555 12th Street, NW
Washington, DC 20004
Tel: (202) 942-5000
Fax: (202) 942-5999

**USRY WEEKS & MATTHEWS, L.L.C.**
T. Allen Usry (La. #12988)
ausry@uwmlaw.com
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Telephone: (504) 592-4600
Facsimile: (504) 592-4641

**DUÉ, PRICE, GUIDRY, PIEDRAHITA & ANDREWS**
Randolph Piedrahita (La. #22595)
B. Scott Andrews (La. #24280)
8201 Jefferson Highway
Baton Rouge, LA 707809
Telephone: (225) 929-7481
Facsimile: (225) 924-4519

*Of Counsel*

**BLANK ROME, L.L.P.**
W. Scott Simmer (DC #460726)
Alan M. Freeman (DC #454693)
Andrew M. Miller (DC # 499298)
600 New Hampshire Ave., NW
Washington, DC 200377
Telephone: (202) 772–5967
Facsimile: (202) 572–8412

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and has been served upon counsel of record for all parties, by operation of the court's electronic filing system and/or by electronic means and/or by mailing a copy of same by First Class United States mail, properly addressed and postage prepaid, this 30th day of June, 2014.

/s/ *Conlee S. Whiteley*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA, *ex rel.*, JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS, INC., and ENDO HEALTH SOLUTIONS, INC. f/k/a ENDO PHARMACEUTICALS HOLDINGS, INC.,<br><br>Defendants. | CASE NO. 3:13-cv-00701-JJB-RLB |

**ORDER**

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED** that the State of Louisiana's claims against Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. in the above-captioned litigation are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own attorneys' fees and costs except as otherwise provided by agreement between the Settling Parties.

**SIGNED** in Baton Rouge, Louisiana, this ___ day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

{Cases; 00015464.DOCX}

4